PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
EASTERN U.S. DISTRICT COURT
DISTRICT ARKANSAS
OCT 20 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Monica D. Brooks     Case Number: 4:00CR00253-02 GH

Name of Sentencing Judicial Officer:   Honorable George Howard, Jr.
United States District Judge

Offense: Aiding and abetting the distribution of cocaine base

Date of Sentence: December 10, 2001

Sentence: 46 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

Modification August 12, 2006: Mental health treatment

Type of Supervision: Supervised Release    Date Supervision Commenced: June 28, 2004
Expiration Date: June 27, 2008

Asst. U.S. Attorney: Todd Newton    Defense Attorney: Jerome Kearney

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate and reside in a Residential Reentry Center for a period of time not to exceed six months, as directed by the U.S. Probation Office. She will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

### CAUSE

Monica Brooks' term of supervised release commenced on June 28, 2004. No violations were evident until June 14, 2006, when Ms. Brooks submitted a urine specimen which tested positive for marijuana, cocaine, and crack. Ms. Brooks signed an admission form stating she used on June 12, 2006, and had suffered a relapse due to stress and depression from marital problems and losing her employment. Ms. Brooks requested counseling to assist her with addressing emotional and substance abuse problems.

| Prob 12B | -2- | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

Name of Offender: Monica D. Brooks                                   4:00CR00253-02 GH

On July 27, 2006, Ms. Brooks again provided a urine sample which tested positive for marijuana and cocaine and admitted to the use of both substances on July 25, 2006. On August 12, 2006, Ms. Brooks' conditions were modified to include mental heath treatment. On August 17, 2006, Ms. Brooks provided a urine sample which was confirmed positive for cocaine by Kroll Laboratories. No action was taken at this time. Ms. Brooks was receiving substance abuse outpatient counseling with the Family Service Agency of North Little Rock and mental health treatment from the Little Rock Community Mental Health Center of Little Rock.

On September 5, 2006, Ms. Brooks provided a urine sample which was confirmed positive by Kroll Laboratories for cocaine. On September 13, 2006, Ms. Brooks submitted a sample which was positive for cocaine. Ms. Brooks admitted to the use of the substance on September 12, 2006. Ms. Brooks agreed to complete forty-five days residential substance abuse treatment and ninety days of chem-free services. Ms. Brooks was admitted to the Wilbur D. Mills Addiction Treatment Center on September 18, 2006, but received a medical discharge on September 22, 2006.

On September 25, 2006, Ms. Brooks provided a urine sample which was positive for marijuana. Ms. Brooks denied the drug use and the sample was confirmed positive for marijuana by Kroll Laboratories. Ms. Brooks was referred back to the Family Service Agency for outpatient substance abuse counseling and the Little Rock Community Mental Health Center for mental health treatment.

Ms. Brooks reported to the probation office on October 13, 2006, to discuss her violation. Ms. Brooks agreed to be placed at a Residential Re-entry Center for up to six months. Her attorney, Jerome Kearney, was contacted previously and is in agreement with this modification. The Waiver of Hearing to Modify Conditions of Supervised Release is attached to this report.

Selina M. Earsa
U.S. Probation Officer

Date: October 13, 2006

Todd Newton
Assistant U.S. Attorney

Date: 10-18-06

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

October 20, 2006.
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

SME/kyj

c: Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490
   Little Rock, AR 72201
   Assistant U.S. Attorney, Todd Newton, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate and reside in a Residential Reentry Center for a period of time not to exceed six months, as directed by the U.S. Probation Office. She will participate in the life skills program and provide drug screens at the direction of the U.S. Probation Office.**

Witness: _____    Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_10-13-06_
DATE